1  LORI E. ROMLEY (SB # 148447)
   leromley@stoel.com
2  STOEL RIVES LLP
   One Union Square
3  600 University Street, Suite 3600
   Seattle, WA  98101-4109
4  Telephone: (206) 624-0900
   Facsimile: (206) 386-7500
5

6  Attorneys for Plaintiff
   TRABOCCA B.V.
7

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  Trabocca B.V.,                    Case No. CV 08 5588 (CRB)

13         Plaintiff,

14     v.                             **PLAINTIFF'S REQUEST TO
                                       CONTINUE CASE
15  Growers Direct Coffee Company, Inc.,   MANAGEMENT CONFERENCE**
    and Uncommon Grounds, Inc.,
16                                    Date:  August 28, 2009
           Defendants.               Time:  8:30 a.m.
17

18

19         Plaintiff Trabocca B.V. ("Trabocca") requests that the Court continue the

20  Initial Case Management Conference scheduled for August 28, 2009, at 8:30 a.m.,

21  before The Honorable Charles R. Breyer, in Courtroom 8 of the above-entitled

22  court until after the Court rules on Trabocca's Motion for Entry of Default

23  Judgment against defendant Uncommon Grounds, Inc. ("Uncommon").

24         Trabocca makes this request based on the following:  (1) Trabocca obtained

25  an entry of default against defendants Growers Direct Coffee Company, Inc.

26  ("Growers Direct") and Uncommon (Docket No. 12); (2) Growers Direct filed a

27  Chapter 7 Bankruptcy Petition and the case against it is automatically stayed

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-1-

REQUEST TO CONTINUE CMC
CV 08 5588 (CRB)

Seattle-3542181.1 0031587-00001

1  (Notice of Bankruptcy, Docket No. 13); and (3) Trabocca's motion for entry of

2  default judgment against Uncommon (requested for entry without hearing) is

3  scheduled for September 18, 2009 (Docket No. 20).

4  DATED:  August 17, 2009

5                                          STOEL RIVES LLP

6

7                                          By:  /s/Lori E. Romley

8                                               LORI E. ROMLEY
                                                Attorneys for Plaintiffs
9                                               TRABOCCA B.V.

10

11

12  UNITED STATES DISTRICT COURT

13  IT IS SO ORDERED

14

15  Judge Charles R. Breyer

16

17  NORTHERN DISTRICT OF CALIFORNIA

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-2-

REQUEST TO CONTINUE CMC
CV 08 5588 (CRB)

Seattle-3542181.1 0031587-00001