**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRABOCCA B.V., | No. CV 08-05588 CRB |
| Plaintiff, | **ORDER RE: SUPPLEMENTAL FILING FOR MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT UNCOMMON GROUNDS, INC.** |
| v. | |
| GROWERS DIRECT COFFEE COMPANY, INC., and UNCOMMON GROUNDS, INC. | |
| Defendant. | |

The Court is in receipt of Plaintiff's Motion for Entry of Default Judgment Against Defendant Uncommon Grounds, Inc., as well as the papers filed in support thereof. Having carefully reviewed these papers, the Court requires a supplemental filing from Plaintiff. In no more than five (5) pages, Plaintiff shall explain to the Court the basis for the daily charge of $33.66 on contract number SBO800239 for each day between June 24, 2009, and entry of judgment. Plaintiff is also advised that the copy of the General Terms and Conditions of Delivery submitted in its exhibits is illegible. If Plaintiff wishes the Court to be aware of that

//
//
//
//

1  document, it shall file a new copy.

4  **IT IS SO ORDERED.**

7  Dated: September 17, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE