# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Trabocca B.V., | Case No. CV 08 5588 ~~(JL)~~ CRB |
|---|---|
| Plaintiff, | |
| v. | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |
| Growers Direct Coffee Company, Inc., and Uncommon Grounds, Inc., | |
| Defendants. | |

The above-captioned matter came on before the undersigned Judge of District Court on Plaintiff Trabocca B.V.'s motion for entry of default judgment against Defendant Uncommon Grounds, Inc., only. All proceedings against Defendant Growers Direct are stayed by virtue of its bankruptcy filing in the United States District Court for the District of Nevada.

**FINDINGS OF FACT**

1. Uncommon Grounds was served with the complaint on December 16, 2008, evidenced by the proof s of service of summons on file with this Court, filed December 18, 2008 at Docket numbers 4 and 5.

2. Despite two extensions of time to respond to the Complaint, Uncommon has to date not responded to the Complaint, and default was entered by the Clerk of Court on February 19, 2009 (Docket No. 12).

3. Uncommon contracted for, and agreed to purchase from Trabocca the following goods:

| Contract No. | Date | Quantity | Unit Price | Invoice Amt. | Terms |
|---|---|---|---|---|---|
| SBO800107 | April 29, 2008 | 36,000 kgs. | $2.62/lb | $207,940.01 | CIF Oakland |
| SBO800108 | April 29, 2008 | 36,000 kgs. | $2.62/lb. | $207,940.01 | CIF Oakland |
| SBO800109 | April 29, 2008 | 36,000 kgs. | $2.62/lb. | $207,940.01 | CIF Oakland |

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

-1-

MOTION FOR DEFAULT JUDGMENT
AGAINST UNCOMMON GROUNDS, INC.
CV 08 5588 (JL)

Seattle-3532818.1 0031587-00001

| | | | | | |
|---|---|---|---|---|---|
| SBO800110 | April 29, 2008 | 36,000 kgs. | $2.62/lb | $207,940.01 | CIF Oakland |
| SBO800111 | June 28, 2008 | 18,000 kgs. | $2.47/lb. | $98,017.52 | CIF New Jersey |
| SBO800121 | April 29, 2008 | 18,000 kgs. | $2.40/lb. | $95,239.70 | FOB Djibouti |
| SBO800201 | July 14, 2008 | 18,000 kgs. | $2.25/lb. | $89,287.22 | CIF New Jersey |
| SBO800239 | July 14, 2008 | 18,000 kgs. | 1.72/lb. | $68,255.12 | CIF USA main port |
| **TOTAL** | | **234,000 kgs.** | | **$1,182,559.60** | |

4. Uncommon Grounds failed and refused to take delivery of the coffee specified by the contracts, and failed and refused to pay the contracted for sums.

5. Trabocca has made efforts to sell the container loads of coffee it specifically sourced for Defendants, in order to minimize its damages.

6. At the commencement of this action, Plaintiff sought damages as to Uncommon Grounds in the amount of $1,182,559.60 plus container demurrage costs, storage costs, shipping and handling costs, interest, and legal fees.

7. As a result of Plaintiff's efforts to resell the coffee, Plaintiff has managed to reduce its damages as follows:

  a. As to contract no. SBO800108, Plaintiff has suffered damages in the amount of $16,257.84, exclusive of legal fees and costs.

  b. As to contract no. SBO800109, Plaintiff has suffered damages in the amount of $13,883.97, exclusive of legal fees and costs.

  c. As to contract no. SBO800110, Plaintiff has suffered damages in the amount of $2,742.01, exclusive of legal fees and costs.

  d. As to contract no. SBO800111, Plaintiff has suffered damages in the amount of $3,532.87, exclusive of legal fees and costs.

  e. As to contract no. SBO800121, Plaintiff has suffered damages in the amount of $15,465.83, exclusive of legal fees and costs.

  f. As to contract no. SBO800201 are accordingly $4,750.01, exclusive of legal fees and costs.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-2-   REQUEST FOR ENTRY OF DEFAULT
CV 08 5588 (JL)

Seattle-3532818.1 0031587-00001

1    g.   As to contract no. SBO800239, Plaintiff has suffered damages in the amount of $86,131.01, exclusive of legal fees and costs, plus $33.66 for each day between June 24, 2009, and entry of judgment.

    h.   Plaintiff has incurred reasonable legal fees in the amount of $12,764.85, which it is entitled to recover pursuant to the terms of its contracts with Uncommon Grounds.

    i.   Plaintiff's total damages are accordingly $168,891.42, inclusive of container demurrage costs, storage costs, warehouse handling, shipping and handling costs, interest, and legal fees, plus $33.66 for each day between June 24, 2009, and entry of judgment.

## CONCLUSIONS OF LAW

1. Uncommon Grounds, Inc., contracted for the purchase of the goods set forth in Finding of Fact 3 above.

2. Uncommon Grounds, Inc., has defaulted on its contracts with Trabocca B.V.

3. Trabocca B.V. has suffered damages as the direct and proximate result of Uncommon Grounds' default, in the amount of $168,891.42, inclusive of container demurrage costs, storage costs, warehouse handling, shipping and handling costs, interest, and legal fees.

4. Trabocca B.V. is entitled to entry of judgment in the amount of $168,891.42, inclusive of container demurrage costs, storage costs, warehouse handling, shipping and handling costs, interest, and legal fees, plus $33.66 for each day between June 24, 2009, and entry of judgment.

## ORDER

1. Plaintiff Trabocca B.V.'s motion for entry of judgment is **GRANTED**.

2. The Clerk of Court shall enter judgment in favor of Trabocca B.V. and against Uncommon Grounds, Inc., in the amount of $168,891.42, plus $33.66 for each day between June 24, 2009, and entry of judgment. The total is therefore $172, 190.10 (CRB).

**THERE BEING NO REASON FOR DELAY, LET JUDGMENT BE ENTERED IMMEDIATELY, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)**.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-3-   REQUEST FOR ENTRY OF DEFAULT
CV 08 5588 (JL)

Seattle-3532818.1 0031587-00001

1
2   DATED:  Sept. 30  , 2009                             **BY THE COURT**
3
4                                                        _____
                                                         UNITED STATES DISTRICT JUDGE
5
6                                                        IT IS SO ORDERED
                                                         Judge Charles R. Breyer
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-4-                                     REQUEST FOR ENTRY OF DEFAULT
                                        CV 08 5588 (JL)

Seattle-3532818.1 0031587-00001